No. 315. THE PEOPLE v. ROMÁN.—Appeal from the District Court of Mayagüez. Decided February 1, 1911. Judgment affirmed. *Mr. Francisco R. Flores* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 313. THE PEOPLE v. DÍAZ.—Appeal from the District Court of San Juan. Decided February 2, 1911. Judgment affirmed. *Mr. Adrián Agosto* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 312. THE PEOPLE v. DURÁN.—Appeal from the District Court of San Juan. Decided February 2, 1911. Judgment affirmed. *Mr. Ramón Falcón* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 314. THE PEOPLE v. ONGAY.—Appeal from the District Court of San Juan, Section 2. Decided February 2, 1911. Judgment affirmed. *Messrs. Miguel Guerra* and *Enrique Márquez* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 311. THE PEOPLE v. SALORT.—Appeal from the District Court of San Juan. Decided February 7, 1911. Judgment affirmed. *Mr. Eduardo Cautiño* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 661. RIVERA v. CÁMARA.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss the appeal. Decided February 13, 1911. Motion overruled. *Mr. O. M. Wood* for petitioner. *Mr. José Martínez Dávila* for respondent.